

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Quan M. Lacy, Appellant

No. 06-21-00045-CV     v.

William Hull, Jr., Appellee

Appeal from the 89th District Court of Wichita County, Texas (Tr. Ct. No. DC89-CV2021-0605). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Quan M. Lacy, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 13, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk